UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| KENNETH ALLAN COOPER, | Case No. 20-cv-04658 BLF (PR) |
| Plaintiff, | |
| | **ORDER *SUA SPONTE* GRANTING EXTENSION OF TIME TO FILE COMPLETE APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |
| v. | |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

On September 14, 2020, Plaintiff, a state prisoner proceeding *pro se*, filed a letter which the Court construed as an attempt to file a civil rights complaint pursuant to 42 U.S.C. § 1983, against prison officials at San Quentin State Prison.  Dkt. No. 1.  On the same date, the Clerk sent Plaintiff separate notices that (1) he must either pay the full filing fee or file an application to proceed *In Forma Pauperis* ("IFP"), and (2) he needs to file a complaint on form in order to proceed with this action.  Dkt. Nos. 2 and 3.  On October 2, 2020, Plaintiff filed a letter informing the Court that he was unable to get his IFP form back from his counselor,

and inquiring whether the application was filed.  Dkt. No. 4.

Order Sua Sponte Granting EOT to file Complete IFP
C:\Users\HarwellT\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\QGE03K7W\06430.Cooper_eot-ifp.sua.sponte.docx

Plaintiff is advised that no IFP has been filed in this matter.  In the interest of justice, the Court *sua sponte* grants Plaintiff an extension of time to file a complete IFP application along with the supporting documents.  Plaintiff shall file a complete IFP application **no later than twenty-eight (28) days** from the filing date of this order. **Failure to file a complete IFP application in the time provided shall result in this action being dismissed without prejudice and without further notice to Plaintiff.**

**IT IS SO ORDERED.**

Dated:  **__October 23, 2020__**

BETH LABSON FREEMAN
United States District Judge

Order Sua Sponte Granting EOT to file Complete IFP
C:\Users\HarwellT\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\QGE03K7W\06430.Cooper_eot-ifp.sua.sponte.docx