United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH ALLAN COOPER,

Plaintiff,

v.

KATHLEEN ALLISON, et al.

Defendants.

Case No. 20-06430 BLF (PR)

**ORDER OF DISMISSAL**

On September 14, 2020, Plaintiff, proceeding *pro se*, filed a letter attempting to initiate a civil rights action pursuant to 42 U.S.C. § 1983.  Dkt. No. 1.  On the same day, the Clerk sent Plaintiff a notice informing him that he must file a complaint on the proper form within twenty-eight days or the action would be dismissed.  Dkt. No. 2.  A blank complaint form and postage-paid return envelope were enclosed with the notice.  *Id.*  The Clerk also sent a separate notice informing Plaintiff that he needed to either pay the filing fee or file an *In Forma Pauperis* ("IFP") application within twenty-eight days to avoid dismissal.  Dkt. No. 3.

On October 2, 2020, the Plaintiff filed a complaint.  Dkt. No 5.  On the same day, Plaintiff filed a letter stating that his counselor mailed his IFP application.  Dkt. No. 4.  Because no IFP application was ever received, the Court *sua sponte* granted an extension of time on October 23, 2020, providing Plaintiff with another twenty-eight days to file the

IFP application.  Dkt. No. 8.  The deadline, November 20, 2020, has passed, and Plaintiff has failed to pay the filing fee or file an IFP application.

Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee or file a completed IFP application.  The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:  **December 8, 2020**

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.20\06430.Cooper.dis-ifp-compl.