UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALLAN COOPER,<br><br>  Plaintiff,<br><br>  v.<br><br>KATHLEEN ALLISON, et al.<br><br>  Defendants. | Case No. 20-06430 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee.  A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  __December 8, 2020___

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
G:\BLFALL\_ECFReady\20 06430.Cooper_jud.docx