UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALLAN COOPER,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.<br><br>Defendants. | Case No. 20-06430 BLF (PR)<br><br>**ORDER TERMINATING MOTION**<br><br><br>(Docket No. 12) |

The Court dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee on December 8, 2020, and judgment was entered the same day. Dkt. Nos. 9, 10. Plaintiff filed a motion for reconsideration, Dkt. No. 11, which the Court denied. Dkt. No. 13. Accordingly, the Clerk shall terminate as moot the motion for leave to proceed *In Forma Pauperis*, which was filed after judgment was entered. Dkt. No. 12.

This order terminates Docket No. 12.

**IT IS SO ORDERED.**

Dated:  __**January 7, 2021**____

BETH LABSON FREEMAN
United States District Judge

Order Terminating Motion
P:\PRO-SE\BLF\CR.20\06430.Cooper_term.mot.